**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAROL SANDERS | : | CA 07 012S |
| Vs. | : | C.A. NO: 07- |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : : | |

**COMPLAINT**

1. Plaintiff, CAROL SANDERS, is a resident of the City of Pawtucket, County of Providence, State of Rhode Island.

2. Jurisdiction for this action is brought pursuant to 29 USC 1000 et seq being known as Employment Retirement Income Security Act.

3. This action is further based upon diversity of citizenship and the matter in controversy exceeds Seventy Five Thousand ($75,000) Dollars exclusive of interest and cost.

4. At all times material hereto Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, was a Fiduciary as defined by the Employment Retirement Security Act.

5. Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, is an organization and existing under by laws of the State of Massachusetts having its principal place of business in the City of Boston.

6. Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, does business in the State of Rhode Island.

7. At all times material to the Complaint Plaintiff, CAROL SANDERS, was an employee at Lowe's Companies, Inc.

8. While an employee at Lowe's Companies, Inc. was offered the opportunity to purchase a long-term disability insurance policy as a benefit of her employment.

9. Plaintiff, CAROL SANDERS, did purchase long-term disability insurance policy and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, issued a contract for long-term disability insurance to Plaintiff. Said policy number is 1269136

10. At all times material hereto Plaintiff, CAROL SANDERS, timely paid all premiums when due.

11. On or about June 20, 2004 Plaintiff, CAROL SANDERS, became totally disabled and otherwise eligible and entitled for benefits under said insurance policy.

12. On or about November 9, 2004 Plaintiff, CAROL SANDERS, filed a claim with Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, for disability benefits.

13. On or about December 11, 2006 Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, in breach of said contract of insurance, denied Plaintiff's claim for long-term disability benefits.

14. As a direct and proximate result of Defendant's aforesaid denial of benefits Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, breached its contract.

15. As a direct and proximate result of Defendant's breach of contract Plaintiff, CAROL SANDERS, has been damaged.

**WHEREFORE**, Plaintiff hereby demands that;

1. Judgment be entered against Defendant;
2. Defendant pay all past benefits due to Plaintiff;
3. Defendant be ordered to pay all benefits due in accordance with the terms of the contract.
4. Defendant be ordered to pay counsel and witness fees for the prosecution of this action;
5. Plaintiff be awarded punitive damages; and
6. Plaintiff be awarded such further equitable relief as this Honorable Court shall see fit and as provided by law.

CAROL SANDERS
By her Attorney,

Robert D. Goldberg #1733
rgoldberg@goldberglawoffices.com
GOLDBERG LAW OFFICES
226 Cottage Street, PO Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.**

Robert D. Goldberg #1733

**DATED: January __11__, 2007**