**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL SANDERS,** <br><br> **Plaintiff,** <br><br> **- against -** <br><br> **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** <br><br> **Defendant.** | : | **C.A. No.: 07-012S** |

IT IS HEREBY STIPULATED AND AGREED, by and between Counsel for Carol Sanders ("Plaintiff") and Counsel for Defendant Liberty Life Assurance Company of Boston ("Defendant") that:

1. Defendant's time to Answer, move or otherwise respond to Plaintiff's Complaint shall be enlarged to and including **March 9, 2007**.

Dated: February 7, 2007

By: /s/ Robert D. Goldberg /by RM
Robert D. Goldberg, Esq. (R.I. Bar No. 1733)
226 Cottage Street, P.O. Box 557
Pawtucket, Rhode Island 02862
Telephone: (401) 728-1510
COUNSEL FOR PLAINTIFF

Dated: February 7, 2007

By: /s/ Rebecca McSweeney
Rebecca McSweeney (R.I. Bar No. 4020)
JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served this 7th day of February, 2007 by filing a copy through the Court's ECF system, which generates a copy sent to Plaintiff's counsel, Robert D. Goldberg, Esq., and that such document is available for viewing and downloading.

/s/ Rebecca McSweeney