UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | C. A. NO. 07-012S |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to F.R.C.P. 7.1, Plaintiff Liberty Life Assurance Company of Boston submits this corporate disclosure statement and shows the Court as follows:

1. All of the parent corporations of Liberty Life Assurance Company of Boston are:

   Liberty Mutual Holding Company Inc.
   LMHC Massachusetts Holdings Inc.
   Liberty Mutual Group Inc.
   Liberty Mutual Insurance Company
   Liberty Mutual Fire Insurance Company; and

2. No publicly held company owns 10 percent or more of the stock in Liberty Life Assurance Company of Boston.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

/s/ Rebecca McSweeney

Rebecca McSweeney, RI Bar No. 4020
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
Tel: (401) 490-3444
Fax: (401) 454-8855

Dated: February 7, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served this 7th day of February, 2007 by filing a copy through the Court's ECF system, which generates a copy sent to Plaintiff's counsel, Robert D. Goldberg, Esq., and that such document is available for viewing and downloading.

/s/ Rebecca McSweeney