UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL SANDERS,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

C. A. NO. 07-012S

**ASSENTED-TO MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE* FOR GUY P. TULLY**

Defendant, Liberty Life Assurance Company of Boston, hereby moves that Guy P. Tully be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the follow grounds:

1. The case involves the following complex area of the law, in which *pro hac vice* counsel practices: The Employment Retirement Income Security Act of 1974 ("ERISA"); and

2. *Pro hac vice* counsel's firm's long-standing representation of the client: Liberty Life Assurance Company of Boston.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

3. Defendant, Liberty Life Assurance Company of Boston, has obtained the consent of Plaintiff's counsel for moving to admit Guy P. Tully *pro hac vice.*

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys:

/s/ Rebecca McSweeney
Rebecca McSweeney (R.I. Bar No. 4020)
JACKSON LEWIS LLP
127 Dorrance Street
4th Floor
Providence, RI 02903
(401) 490-3444 telephone
COUNSEL FOR DEFENDANT

ASSENTED TO:

CAROL SANDERS

By her attorney:

/s/ Robert D. Goldberg/By RM
Robert D. Goldberg, Esq. (R.I. Bar No. 1733)
226 Cottage Street, P.O. Box 557
Pawtucket, RI 02862
(401) 728-1510
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served this 1st day of March, 2007 by filing a copy through the Court's ECF system, which generates a copy sent to Plaintiff's counsel, Robert D. Goldberg, Esq., and that such document is available for viewing and downloading.

/s/ Rebecca McSweeney