**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAROL SANDERS | : | |
| v. | : | C.A. NO: 07-012 S |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

# PLAINTIFF'S STATEMENT OF CLAIM

This action arises out of a breach of contract action against Defendant, Liberty Life Assurance Company of Boston, filed by Plaintiff, CAROL SANDERS, seeking long-term disability benefits. While employed at Lowe's Home Centers, Inc., Plaintiff purchased a long-term disability contract. She paid all charges necessary to maintain the contract in full force and effect. Jurisdiction for this claim arises out of Title 29 U.S.C. 1000 *et seq.*, specifically, 29 U.S.C. 1132 provides for civil enforcement by private litigants.

Plaintiff was injured on December 18, 2003 while working at Lowe's Home Centers, Inc. She suffered injuries to her right shoulder and cervical area. At that time, she was diagnosed with "right C6 radiculopathy and right shoulder rotator cuff syndrome". Additionally, Plaintiff was diagnosed with breast cancer and underwent a lumpectomy in September 2004. After this surgery, she then underwent thirty-three (33) weeks of radiation therapy and continues to experience pain in the area of the surgery.

On September 12, 2005 Albert Sabella of Rehabilitation and Re-Employment, Inc. performed an Initial Vocational Assessment of Plaintiff. The report stated in part:

> "In order to work substantially and competitively at any job, an employee must have consistent attendance (regular work hours), consistently attend to task (concentration), maintain a persistence of pace, maintain acceptable productivity and quality, and perform on a consistent weekly/monthly basis. Considering the compounded and composite effect of several vocational factors, it is my opinion that presently Ms. Sanders is unemployable in any capacity, not only for her past relevant work, but for any employment in the general labor market. Her functional capacity for work and sustained activity would be significantly impacted by her physical limitations and also chronic pain that manifests to such a degree or intensity that negates her ability for any meaningful sustained vocational activity." [9/12/05 Initial Vocational Report pp. 6-7]

Plaintiff has not worked since June 20, 2004. Prior to that time, she was employed as a "Greeter" at Lowe's Home Centers, Inc. The denial of her claim was arbitrary, capricious and an abuse of discretion.

CAROL SANDERS
By her Attorney,

*/s/ Robert D. Goldberg*

Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
rgoldberg@goldberglawoffices.com

## CERTIFICATION

I hereby certify that on April 6, 2007 I electronically filed the within ***Plaintiff's Statement of Claim*** with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participant has received notice electronically: Rebecca McSweeney, Esq. at mcsweenr@jacksonlewis.com and via first class mail postage prepaid to Guy P. Tully, Esq., JACKSON LEWIS LLP, 75 Park Plaza, Boston, MA 02116

*/s/ Robert D. Goldberg*