**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CAROL SANDERS | : | |
| v. | : | C.A. NO: 07-012 S |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | : | |

**ENTRY OF APPEARANCE**

Now comes Thomas D. Goldberg, Esquire in the above-entitled action and hereby enters his appearance as co-counsel of record for the Plaintiff, Carol Sanders.

CAROL SANDERS
By her Attorney,

*/s/ Thomas D. Goldberg*

Thomas D. Goldberg (RI Bar #2076)
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
rgoldberg@goldberglawoffices.com

**CERTIFICATION**

I hereby certify that on April 12, 2007 I electronically filed the within *Entry of Appearance* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participant has received notice electronically: Rebecca McSweeney, Esq. at mcsweenr@jacksonlewis.com and via first class mail postage prepaid to Guy P. Tully, Esq., JACKSON LEWIS LLP, 75 Park Plaza, Boston, MA 02116

*/s/ Thomas D. Goldberg*