EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL SANDERS,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

C. A. NO. 07-012S

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Carol Sanders and Defendant Liberty Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a),that

this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**
By its attorneys,

Rebecca McSweeney, RI Bar No. 4020
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
Tel: (401) 490-3444
Fax: (401) 454-8855

Guy P. Tully
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Tel: (617) 367-0025
Fax: (617) 367-2155

**CAROL SANDERS,**

By her attorney,

Robert D. Goldberg, Esq. (R.I. Bar No. 1733)
226 Cottage Street, P.O. Box 557
Pawtucket, Rhode Island 02862
Telephone: (401) 728-1510